**Order entered February 14, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00584-CV

**MOHAMMED HARUN AND SPICE-N-RICE INDIAN TIFFIN RESTAURANT,**
**Appellants**

**V.**

**SHARIF RASHID, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09394**

## ORDER

Before the Court is appellants' February 13, 2017 second motion for an extension of time to file their brief. We **GRANT** appellants' motion and **ORDER** the brief received on January 3, 2017 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE